# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br>     Debra L. Smith <br>                             Debtor. | Chapter 13 |
| Nationstar Mortgage LLC <br><br>                           Movant, <br> vs. <br> Debra L. Smith, <br>                          Debtor / Respondents, <br> and <br> William C. Miller, <br><br>                          Trustee / Respondent. | Case No.: 17-11222-mdc <br><br> Location: Courtroom 2 |

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

      Nationstar Mortgage LLC, has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

      **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

      1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **February 6, 2018,** you or your attorney must do <u>all</u> of the following:

            (a)      file an answer explaining your position at:

                    United States Bankruptcy Court
                    Eastern District of Pennsylvania
                    Office of the Clerk
                    900 Market Street
                    Philadelphia, PA 19107

            (b)      mail a copy to the Movant's attorney:

                    Matthew C. Waldt, Esquire
                    Milstead & Associates, LLC
                    1 East Stow Road
                    Marlton, NJ 08053
                    Phone No.: 856-482-1400
                    Fax No.: 856-482-9190

    (c)  mail a copy to the Chapter 13 Trustee:

      William C. Miller, Trustee
      1234 Market Street
      Suite 1813
      Philadelphia, PA 19107

  2.  If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **February 13, 2018 at 10:30 am** in Courtroom 2, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

  4.  If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at 215-908-2800 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

            Respectfully submitted,
            MILSTEAD & ASSOCIATES, LLC

DATED: January 18, 2018

             /s/Matthew C. Waldt
            Matthew C. Waldt, Esquire
            Attorney ID No. 203308
            mwaldt@milsteadlaw.com
            1 East Stow Road
            Marlton, NJ 08053
            Attorneys for Movant