## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Debra Smith,<br><br>                    Debtor | Chapter 13<br><br>Case No.: 17-11222-mdc |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>                Movant,<br>vs.<br>Debra Smith,<br>              Debtor / Respondent,<br>and<br>William C. Miller,<br>              Trustee / Respondent. | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 18, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 6, 2018.

      It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                            Respectfully submitted,
                                                            MILSTEAD & ASSOCIATES, LLC

DATED: February 7, 2018             /s/Matthew C. Waldt
                                                            Matthew C. Waldt, Esquire
                                                             Attorney ID No. 203308
                                                             1 E. Stow Road
                                                              Marlton, NJ 08053
                                                              (856) 482-1400
                                                             Attorneys for Movant