# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Debra Smith,<br><br>    Debtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>    Movant,<br>vs.<br>Debra Smith,<br>    Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>    Trustee / Respondent. | Chapter 13<br><br>Case No.: 17-11222-mdc |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on February 16, 2018 with regard to the above matter is APPROVED.

February 28, 2018

*Magdeline D. Coleman* (signature)

Hon. Magdeline D. Coleman, U.S.B.J.

225609-1