United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Debra L Smith  
      Debtor

Case No. 17-11222-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR     Page 1 of 1     Date Rcvd: Feb 28, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db            +Debra L Smith,   1736 S. Orianna Street,   Philadelphia, PA 19148-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Debra L Smith dmo160west@gmail.com,  davidoffenecf@gmail.com  
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
           philaecf@gmail.com  
          KEVIN G. MCDONALD    on behalf of Creditor    CITIMORTGAGE INC KMcDonald@blankrome.com  
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
           bkgroup@kmllawgroup.com  
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
           mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com  
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,  
           bkecf@milsteadlaw.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                        TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Debra Smith,<br><br>              Debtor | Chapter 13<br><br>Case No.: 17-11222-mdc |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>              Movant,<br>vs.<br>Debra Smith,<br>              Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>              Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on February 16, 2018 with regard to the above matter is APPROVED.

February 28, 2018

Hon. Magdeline D. Coleman, U.S.B.J.

225609-1