```
           IN THE UNITED STATE BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   In     Debra L Smith              )    Chapter 13
   Re:       Debtor                   )
                                      )    No. 17-11222-mdc
                                      )
```

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                            /s/David M. Offen
                                            David M. Offen
                                            Attorney for Debtor

**Date:4/12/19**