```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                      Case No. 17-11222-mdc
Debra L Smith                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Mar 18, 2020
                              Form ID: 138NEW         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
```
db             +Debra L Smith,    1736 S. Orianna Street,    Philadelphia, PA 19148-1806
13870661       +At&T Universal Citi Card,    Po Box 6500,    Sioux Falls, SD 57117-6500
13916823       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13930099        CitiMortgage, Inc,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
13870663       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13870664        Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
14038302       +Matthew C. Waldt, Esquire,    Milstead & Associates, LLC,    1 East Stow Road,
                 Marlton, NJ 08053-3118
14016972       +Nationstar Mortgage LLC,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
14036236        Nationstar Mortgage LLC d/b/a Mr.,    Cooper PO Box 619094 Dallas, TX 75261
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: bncnotice@ph13trustee.com Mar 19 2020 04:23:02      WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:49      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:22:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:17:15      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13963760        E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:49      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13877642        E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:21:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13870665       +E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:21:26      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
13915707        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:16:40
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13877488       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:17:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13877686       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:17:18      Valerie Smith,
                 Synchrony Bank,    c/o PRA Receivables Mgmt LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 11
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13870662      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Lisa                   Page 2 of 2                   Date Rcvd: Mar 18, 2020
                              Form ID: 138NEW              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
              DAVID M. OFFEN    on behalf of Debtor Debra L Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    CITIMORTGAGE INC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Debra L Smith

      Debtor(s)                                      Bankruptcy No: 17–11222–mdc

                                                          Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                       Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                             For The Court
                                                  Timothy B. McGrath
                                                     Clerk of Court

Dated: 3/18/20

                                                                                51 – 50
                                                                             Form 138_new