United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11222-mdc
Debra L Smith                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa            Page 1 of 1          Date Rcvd: Jun 05, 2020
                              Form ID: 195          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db              +Debra L Smith,    1736 S. Orianna Street,    Philadelphia, PA 19148-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
        ANDREW M. LUBIN    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
         alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
        DAVID M. OFFEN    on behalf of Debtor Debra L Smith dmo160west@gmail.com,
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor   CITIMORTGAGE INC bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
         mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                              TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                                        : Chapter 13

Debra L Smith                                                      : Case No. 17−11222−mdc
        Debtor(s)


### *ORDER*
_____


    AND NOW, this day , June 5, 2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                        By The Court

                        Magdeline D. Coleman
                        Chief Judge , United States Bankruptcy Court